Rylan Weythman, WSBA #45352
Kelly Mennemeier, WSBA #51838
Dan Zellner, WSBA #56010
FOSTER GARVEY P.C.
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 447-4400
rylan.weythman@foster.com
kelly.mennemeier@foster.com
dan.zellner@foster.com

*Counsel to Scott Bessire, Personal Representative for the Estate of Donna Harkness*

Honorable Frederick P. Corbit

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>CHERYL MULLINS,<br><br>Debtor. | Case No. 26-00493-FPC11<br><br>**PROBATE ESTATE'S STATUS UPDATE** |

Scott Bessire, as the Personal Representative for the Estate of Donna Harkness, provides the following status report related to issues raised during the Court's November 5, 2026, status conference:

At the status conference, the Court offered to delay entry of its order regarding appointment of an examiner to allow the parties to discuss settlement. Debtor's counsel expressed he was in favor of the delay; Mr. Bessire did not oppose it but emphasized that it should be Debtor's burden to make a proposal. The Court agreed and directed Debtor's counsel to "meet and confer," stating "the ball is in



FOSTER GARVEY P.C.
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
PHONE (206) 447-4400 FAX (206) 447-9700

26-00493-FPC11 Doc 126 Filed 11/13/26 Entered 11/13/26 09:18:36 Pg 1 of 2

your court, Mr. Ellison." Debtor's counsel acknowledged the Court's directive and stated he could provide an offer "before Monday" (i.e., before November 9).

Undersigned counsel reached out on multiple occasions to determine whether Debtor intended to make an offer. As of the time of this filing, Debtor's counsel has not met or conferred with the Probate Estate and Debtor has not made any settlement proposal.

The Court gave the parties until November 12, 2026, to advise as to whether they had reached an agreement or whether ongoing discussions warranted an additional delay. Because Debtor and her attorney failed to heed the Court's directive, Mr. Bessire respectfully submits that no further delay is warranted.

DATED this 13th day of November, 2026.

**FOSTER GARVEY P.C.**

By */s/ Rylan Weythman*

Rylan Weythman, WSBA #45352
Kelly Mennemeier, WSBA #51838
Dan Zellner, WSBA #56010
1111 Third Avenue, Suite 3000
Seattle, WA 98101
Tel: (206) 447-4400
rylan.weythman@foster.com
kelly.mennemeier@foster.com
dan.zellner@foster.com

*Counsel to Scott Bessire, Personal Representative for the Estate of Donna Harkness*